# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 3, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150643(96)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

                               SC: 150643

v                              COA: 313670

                               Wayne CC: 94-000424-FH

BOBAN TEMELKOSKI,
       Defendant-Appellant.
_____/

       On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its brief on appeal is GRANTED. The brief will be accepted as timely filed if submitted on or before July 22, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 3, 2016
_____